MICHAEL BAILEY
United States Attorney
District of Arizona
JESSE J. FIGUEROA
Assistant United States Attorney
Arizona State Bar No. 003938
405 West Congress St.
Tucson, AZ  85701
Telephone: 520.620.7300
Email: jesse.figueroa@usdoj.gov
Attorneys for Plaintiff

FILED

2020 JAN 29 PM 2: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Camden Taylor Barlow,<br><br>          Defendant. | N<br><br>**CR20-00346 TUC-CKJ(LCK)**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 113(a)(6)<br>(Assault Resulting in Serious Bodily Injury)<br>Count 1 |

JUSTIN CASE

THE GRAND JURY CHARGES:

### COUNT 1

On or about October 21, 2019, in the United States Prison, at or near Tucson, in the District of Arizona, the defendant, **Camden Taylor BARLOW**, did knowingly and intentionally assault R.G. resulting in serious bodily injury, to wit: a right subcondylar fracture, a maxillary sinus fracture, a bilateral nasal bone fracture, left 9-11th rib fractures, left pulmonary contusion, cuts and bruises.

//

In violation of Title 18 United States Code Section 113(a)(6).

A TRUE BILL

**/s/**
FOREPERSON OF THE GRAND JURY

Date: January 29, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

**/s/**

JESSE J. FIGUEROA
Assistant U.S. Attorney